# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br>CDCR #J-41754,<br><br>                      Plaintiffs,<br><br>vs.<br><br>DERRAL G. ADAMS, Warden,<br>CRONES; GIURBINO; ZAMORA,<br>                      Defendants. | Civil No.   07-1343 BEN (POR)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEES PURSUANT TO 28 U.S.C. § 1914(a) AND/OR MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff, an inmate currently incarcerated at California State Prison in Corcoran, California, and proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff claims various prison officials at Calipatria and North Kern State Prisons "assaulted" and "abused" him in violation of the First, Eighth and Fourteenth Amendments in September 1995. (Compl. at 2-4.) Plaintiff seeks general and punitive damages, as well as costs. (*Id*. at 7.)

### I. Failure to Pay Filing Fee or Request IFP Status

Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 2007 WL 1815499 (9th Cir. June 26, 2007), *as amended*, 2007 WL 1932824 at *3, ___ F.3d ___ (9th Cir. July 5, 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

In this case, Plaintiff has neither prepaid the $350 filing fee required to commence this civil action, nor has he submitted a Motion to Proceed IFP. Therefore, the case is subject to immediate dismissal pursuant to 28 U.S.C. § 1914(a). *Id.*

### II. Conclusion and Order

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) **GRANTS** Plaintiff forty-five (45) days leave from the date this Order is stamped "Filed" to: (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with the Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*." If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the attached Motion to Proceed IFP within forty-five days, this civil action shall remain dismissed without prejudice and without further Order of the Court.

**IT IS SO ORDERED.**

DATED: August 6, 2007

_____
Hon. Roger T. Benitez
United States District Judge